IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JASON NATHANIEL GILMER,** | ) | Civil Action No. 7:14cv00111 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DR. SMITH,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Gilmer's motion to amend (Docket No. 39) is **GRANTED**; the motion for summary judgment (Docket No. 26) as to L. Fleming is **GRANTED**; the motion for summary judgment (Docket No. 35) is **GRANTED in part** as to A. Whited and **DENIED in part** as to Dr. Smith.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This __3rd__ day of March, 2015.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE